| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| | | DETAIL EARNINGS | | | | | | LEAVE STATUS | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 6.00 |
| 2 | Q 01 | 47152 | 134 | W | 3749 | 84987 | GROSS PAY 191929 | 768451 | AL PRIOR YR BAL 911 |
| 2 | Q 01 | 47152 | 134 | O | 156 | 5305 | FED TAX R0 21340 | 87658 | + AL EARNED YTD 1800 |
| 1 | Q 01 | 47152 | 134 | W | 3200 | 72541 | ST TAX PAS0 5102 | 20699 | + AL HOL EARNED YTD 000 |
| 1 | Q 01 | 47152 | 134 | O | 155 | 5271 | RETIRE E 7980 | 31122 | - AL USED YTD 1195 |
| | | | | L | 1051 | 23825 | MEDICARE 2410 | 9776 | = EARNED AL BAL 1516 |
| | | | | | | | UN L 2673 | 10692 | + AL ADVANCED 14200 |
| | | | | | | | ALOT 10000 | 40000 | = AVAIL AL BAL 15716 |
| | | | | | | | TSP05 9068 | 35365 | AL USED THIS PP 1051 |
| | | | | | | | TSPLG 4500 | 18000 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | IN4Y5 1975 | 7900 | SL PRIOR YR BAL 18094 |
| | | | | | | | FDV-V 1049 | 3147 | + SL EARNED YTD 1200 |
| | | | | | | | FDV-D 6335 | 19005 | - SL USED YTD 000 |
| | | | | | | | HP112FAM 18363 | 72083 | = CURRENT SL BAL 19294 |
| | | | | | | | SOSEC 10303 | 41801 | SL USED THIS PP 000 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 000 |
| | | | | | | | | | PP01 TO CURRENT PP 800 |
| | | | | | | | | | USPS RETIREMENT |
| | | | | | | NET PAY | 908.31 NT BK | | 7533.47 |

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
20 N NEWTOWN STREET RD
NEWTOWN SQUARE PA 19073-9998

02-21-2020
00006667

VICTORIA T MALONE
66 N ELMWOOD AVE
GLENOLDEN PA 19036-1927

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| | | | | 042772999 | 02 20 | 00006586 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 47152 | 134 | W | 40 00 | 906 77 | GROSS PAY | 1866 25 | 3883 69 | ANNUAL LEAVE(AL) CAT: | 6.0 0 |
| 2 | Q 01 | 47152 | 134 | O | 1 55 | 52 71 | FED TAX R0 | 207 19 | 454 31 | AL PRIOR YR BAL | 9 11 |
| 1 | Q 01 | 47152 | 134 | W | 39 57 | 897 02 | ST TAX PA50 | 49 39 | 106 11 | + AL EARNED YTD | 6 00 |
| | | | | L | 43 | 9 75 | RETIRE  E | 79 80 | 151 62 | + AL HOL EARNED YTD | 0 00 |
| | | | | | | | MEDICARE | 23 33 | 50 12 | - AL USED YTD | 0 43 |
| | | | | | | | UN L | 26 73 | 53 46 | = EARNED AL BAL | 14 68 |
| | | | | | | | ALOT | 100 00 | 200 00 | + AL ADVANCED | 154 00 |
| | | | | | | | TSP05 | 90 68 | 172 29 | = AVAIL AL BAL | 168 68 |
| | | | | | | | TSPLG | 45 00 | 90 00 | AL USED THIS PP | 0 43 |
| | | | | | | | IN4Y5 | 19 75 | 39 50 | SICK LEAVE(SL) CAT: | 4.0 0 |
| | | | | | | | FDV-V | 10 49 | 10 49 | SL PRIOR YR BAL | 180 94 |
| | | | | | | | FDV-D | 63 35 | 63 35 | + SL EARNED YTD | 4 00 |
| | | | | | | | HP112FAM | 183 63 | 353 57 | - SL USED YTD | 0 00 |
| | | | | | | | SOSEC | 99 74 | 214 29 | = CURRENT SL BAL | 184 94 |
| | | | | | | | | | | SL USED THIS PP | 0 00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0 00 |
| | FLSA | | | | 41 55 | | | | | PP01 TO CURRENT PP | 8 00 |

NET PAY    867.17    NT BK    USPS RETIREMENT    7533.47

POSTMASTER/MANAGER
20 N NEWTOWN STREET RD
NEWTOWN SQUARE PA 19073-9998

01-24-2020
00006586

VICTORIA T MALONE
66 N ELMWOOD AVE
GLENOLDEN PA  19036-1927

# DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 47152 | 134 | W | 2400 | 54406 |
| 2 | Q 01 | 47152 | 134 | O | 991 | 33698 |
| 1 | Q 01 | 47152 | 134 | W | 3200 | 72541 |
| 1 | Q 01 | 47152 | 134 | O | 142 | 4829 |
| | | | | L | 1600 | 36270 |

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 201744 | 201744 |
| FED TAX R0 | 24712 | 24712 |
| ST TAX PAS0 | 5672 | 5672 |
| RETIRE E | 7182 | 7182 |
| MEDICARE | 2679 | 2679 |
| UN L | 2673 | 2673 |
| ALOT | 10000 | 10000 |
| TSP05 | 8161 | 8161 |
| TSPLG | 4500 | 4500 |
| IN4Y5 | 1975 | 1975 |
| HP112FAM | 16994 | 16994 |
| SOSEC | 11455 | 11455 |

## LEAVE STATUS

| ANNUAL LEAVE(AL) CAT: | 6.00 |
|---|---|
| AL PRIOR YR BAL | 854 |
| + AL EARNED YTD | 1600 |
| + AL HOL EARNED YTD | 000 |
| - AL USED YTD | 15943 |
| = EARNED AL BAL | 911 |
| + AL ADVANCED | 000 |
| = AVAIL AL BAL | 911 |
| AL USED THIS PP | 000 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 13023 |
| + SL EARNED YTD | 10400 |
| - SL USED YTD | 5329 |
| = CURRENT SL BAL | 18094 |
| SL USED THIS PP | 000 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 800 |
| PP01 TO CURRENT PP | 800 |

NET PAY    1057.41    NT BK

USPS RETIREMENT    7533.47

PS FORM 1223-B, JUNE 1985 — EARNINGS STATEMENT

POSTMASTER/MANAGER
20 N NEWTOWN STREET RD
NEWTOWN SQUARE PA  19073-9998

01-10-2020
00028610

VICTORIA T MALONE
66 N ELMWOOD AVE
GLENOLDEN PA  19036-1927

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | Main |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 6.0 0 |
| 2 | Q 01 | 47152 | 134 | W | 24 00 | 548 06 | GROSS PAY 1856 04 | 49019 62 | AL PRIOR YR BAL 8 54 |
| 2 | Q 01 | 47152 | 134 | O | 50 | 17 00 | FED TAX R0 216 47 | 5115 21 | + AL EARNED YTD 154 00 |
| 1 | Q 01 | 47152 | 134 | W | 40 00 | 906 77 | ST TAX PA S0 51 76 | 1369 36 | + AL HOL EARNED YTD 0 00 |
| 1 | Q 01 | 47152 | 134 | O | 75 | 25 50 | RETIRE E 79 80 | 2018 29 | - AL USED YTD 159 43 |
| | | | | L | 16 00 | 362 71 | MEDICARE 24 45 | 646 86 | = EARNED AL BAL 3 11 |
| | | | | | | | UN L 26 45 | 687 70 | + AL ADVANCED 6 00 |
| | | | | | | | TSR $ 00 | 111 84 | = AVAIL AL BAL 9 11 |
| | | | | | | | IN4Y5 19 75 | 491 85 | AL USED THIS PP 0 00 |
| | | | | | | | ALOT 00 | 40 00 | SICK LEAVE(SL) CAT: 4.0 0 |
| | | | | | | | ALOT 100 00 | 3250 00 | SL PRIOR YR BAL 130 23 |
| | | | | | | | TSP05 90 68 | 1619 18 | + SL EARNED YTD 100 00 |
| | | | | | | | TSPLG 45 00 | 1103 57 | - SL USED YTD 53 29 |
| | | | | | | | HP112FAM 169 94 | 4414 99 | = CURRENT SL BAL 176 94 |
| | | | | | | | SOSEC 104 54 | 2765 88 | SL USED THIS PP 16 00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0 00 |
| | | | | | | | | | PP01 TO CURRENT PP 9 77 |
| | | FLSA | | | 40 75 | | | | |
| | | | | | | NET PAY | 927.20 | NT BK | USPS RETIREMENT 5515.18 |

POSTMASTER/MANAGER
20 N NEWTOWN STREET RD
NEWTOWN SQUARE PA 19073-9998

12-27-2019
00026535

VICTORIA T MALONE
66 N ELMWOOD AVE
GLENOLDEN PA 19036-1927

Case 20-11511-mkn    Doc 18    Filed 04/28/20    Entered 04/28/20 14:33:32    Page 5 of 5

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | | EMPLOYEE ID | | PAY PERIOD | SERIAL NUMBER | |
| 000 | 41-6032 | V T MALONE | | | | | 042775yy | | 25 19 | 00007746 | |

DETAIL EARNINGS | PAY THIS PERIOD / GROSS TO NET | LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 47152 | 134 | W | 40.00 | 906.77 | GROSS PAY | 1845.49 | 47163.58 | ANNUAL LEAVE(AL) CAT: 6.00 | |
| 2 | Q 01 | 47152 | 134 | O | .94 | 31.96 | FED TAX R0 | 215.20 | 4898.74 | AL PRIOR YR BAL | 8.54 |
| 1 | Q 01 | 47152 | 134 | W | 32.00 | 725.41 | ST TAX PA S0 | 51.44 | 1317.60 | + AL EARNED YTD | 144.00 |
| | | | | L | 8.00 | 181.35 | RETIRE E | 79.80 | 1938.49 | + AL HOL EARNED YTD | 0.00 |
| | | | | | | | MEDICARE | 24.29 | 622.41 | − AL USED YTD | 159.43 |
| | | | | | | | UN L | 26.45 | 661.25 | = EARNED AL BAL | −6.89 |
| | | | | | | | TSR $ | .00 | 111.84 | + AL ADVANCED | 16.00 |
| | | | | | | | IN4Y5 | 19.75 | 472.10 | = AVAIL AL BAL | 9.11 |
| | | | | | | | ALOT | .00 | 40.00 | AL USED THIS PP | 0.00 |
| | | | | | | | ALOT | 100.00 | 3150.00 | SICK LEAVE(SL) CAT: 4.00 | |
| | | | | | | | TSP05 | 90.68 | 1528.50 | SL PRIOR YR BAL | 130.23 |
| | | | | | | | TSPLG | 45.00 | 1058.57 | + SL EARNED YTD | 96.00 |
| | | | | | | | HP112FAM | 169.94 | 4245.05 | − SL USED YTD | 37.29 |
| | | | | | | | SOSEC | 103.88 | 2661.34 | = CURRENT SL BAL | 188.94 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 9.77 |
| | FLSA | | | | 40.94 | | | | | | |

EARNED A/L NEGATIVE

NET PAY    919.06    NT BK    USPS RETIREMENT    5515.18

POSTMASTER/MANAGER
20 N NEWTOWN STREET RD
NEWTOWN SQUARE PA 19073-9998

12-13-2019
00007746

VICTORIA T MALONE
66 N ELMWOOD AVE
GLENOLDEN PA 19036-1927