*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christian W Malone
    Debtor(s)

Case No: 20−11511−elf

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/2/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

22
Form 152