United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christian W Malone  
     Debtor

Case No. 20-11511-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Pamela | Page 1 of 2 | Date Rcvd: May 11, 2020 |
|---|---|---|---|
| | Form ID: 152 | Total Noticed: 23 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.

```
db              +Christian W Malone,    66 N Elmwood Avenue,    Glenolden, PA 19036-1927
14481506        +Auto Use,    Attn: Bankruptcy,    45 Haverhill St,    Andover, MA 01810-1499
14485724         CEP AMERICA LLC,    WAKEFIELD & ASSOCIATES,    PO BOX 50250,    KNOXVILLE, TN 37950-0250
14481508        +I.C. System, Inc.,    444 Highway 96 East,    Po Box 64378,    St. Paul, MN 55164-0378
14481509        +IC System, Inc,    Attn: Bankruptcy,    Po Box 64378,    Saint Paul, MN 55164-0378
14491671        +PNC BANK NATIONAL ASSOCIATION,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14491988        +PNC Bank National Association,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14481511        +Peoples Commerce, Inc.,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
14481512        +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14481513        +Premium Auto,    Pob 59,    Prospect Park, PA 19076-0059
14481516        +Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook Pike,
                  Knoxville, TN 37909-1156
14481515        +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:54     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 03:06:39
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2020 03:06:46      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14484951        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 12 2020 03:01:36
                  AIS Portfolio Services, LP,    Account: XXXXXXXXX5231,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14481507        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 12 2020 03:01:58
                  Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14484386        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 12 2020 03:02:23
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14496430        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 12 2020 03:01:58
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14490763         E-mail/Text: documentfiling@lciinc.com May 12 2020 03:06:23     Tea Olive, LLC,    PO BOX 1931,
                  Burlingame, CA 94011
14490840         E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 03:02:00     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14481510        +E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 03:02:00
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
14481514        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 12 2020 03:05:27
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Pamela              Page 2 of 2              Date Rcvd: May 11, 2020
                              Form ID: 152              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:

```
          GEORGE R. TADROSS    on behalf of Debtor Christian W Malone gtadross@tadrosslaw.com,
           r55386@notify.bestcase.com;robin@tadrosslaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christian W Malone

    Debtor(s)

Case No: 20−11511−elf

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/2/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

22
Form 152