# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Christian W Malone**  
Debtor(s)

Case No.  **20-11511**  
Chapter  **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **March 29, 2021**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **March 29, 2021**

Signature  /s/Christian W Malone  
**Christian W Malone**  
Debtor

Attorney  /s/George R Tadross  
**George R Tadross**

**Tadross Law**  
**128 Chestnut Street**  
**Suite 204**  
**Philadelphia, PA 19106**  
**267-643-1415**  
**Fax: 267-885-2377**  
**info@tadrosslaw.com**