United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christian W Malone  
Debtor

Case No. 20-11511-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 01, 2021 | Form ID: 210U | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian W Malone, 66 N Elmwood Avenue, Glenolden, PA 19036-1927 |
| 14481506 | + | Auto Use, Attn: Bankruptcy, 45 Haverhill St, Andover, MA 01810-1499 |
| 14481508 | + | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14481509 | + | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14491671 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14491988 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14481511 | + | Peoples Commerce, Inc., 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14481513 | #+ | Premium Auto, Pob 59, Prospect Park, PA 19076-0059 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2021 06:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2021 06:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2021 06:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14484951 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 02 2021 05:58:19 | AIS Portfolio Services, LP, Account: XXXXXXXXX5231, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14481507 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 02 2021 05:45:45 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14484386 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 02 2021 05:45:36 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14496430 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 02 2021 05:45:36 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14490840 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2021 06:09:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14481510 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2021 05:45:47 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14504091 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 02 2021 06:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14481512 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 02 2021 06:56:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14490763 | + | Email/Text: documentfiling@lciinc.com | Apr 02 2021 06:56:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14502200 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 02 2021 06:09:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14481514 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 02 2021 06:56:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14481516 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 02 2021 06:56:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 14481515 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 02 2021 06:56:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 14485724 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 02 2021 06:56:00 | CEP AMERICA LLC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGE R. TADROSS | on behalf of Debtor Christian W Malone gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2          User: admin          Page 3 of 3
Date Rcvd: Apr 01, 2021          Form ID: 210U          Total Noticed: 25
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christian W Malone                                                                 Case No: 20−11511−elf

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/1/21

For The Court

Timothy B. McGrath
Clerk of Court

54
Form 210U