Certificate Number: 06501-PAE-DE-035932282

Bankruptcy Case Number: 20-11511



06501-PAE-DE-035932282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2021, at 4:38 o'clock PM CDT, Christian Malone completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 20, 2021                    By:   /s/Carlo Skrupa

                                           Name:   Carlo Skrupa

                                           Title:   Program Manager